UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLINE BUTTERFIELD, | No. C 05-1689 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| STATE FARM MUTUAL, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT the Case Management Conference originally scheduled for **September 14, 2005 at 3:15 p.m.** is VACATED.  The parties shall appear for a <u>telephonic</u> Case Management Conference on **Wednesday, October 26, 2005 at 3:15 p.m.**  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 9-8-05

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge